## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**KENDALL WHITE, et al.**                                                                           **PLAINTIFFS**

**v.**                            **CASE NO. 3:12CV00218 BSM**

**ROBERT BOSCH TOOL CORPORATION, et al.**                              **DEFENDANTS**

### ORDER

Defendants move to dismiss [Doc. No. 9] plaintiffs' Title VII claims against defendant Charles Chase because he is an employee of defendant Robert Bosch Tool Corporation and cannot be held individually liable under Title VII.  *See Bales v. Wal-Mart Stores, Inc.*, 143 F.3d 1101, 1111 (8th Cir. 1998).  Plaintiffs have no objection.

The motion to dismiss  [Doc. No. 9] is granted, and the Title VII claims against Charles Chase are dismissed with prejudice.

IT IS SO ORDERED this 28th day of December 2012.


                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE