# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**KENDALL WHITE, et al.**                                                                    **PLAINTIFFS**

**v.**                        **CASE NO. 3:12CV00218 BSM**

**ROBERT BOSCH TOOL CORPORATION, et al.**                          **DEFENDANTS**

## ORDER

The motion to dismiss without prejudice filed by plaintiffs Temeka Jordan, Tomeka Boyce, Lashundra Brooks, Tonja Prackett, and Dominique Bedord [Doc. No. 37] is granted. The motion for leave to file a supplemental complaint to clarify the retaliation claims of Boyce and Prackett [Doc. No. 34] and the motion to dismiss filed by all plaintiffs [Doc. No. 36] are denied as moot.

IT IS SO ORDERED this 27th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE