IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KENDALL WHITE**                                                                              **PLAINTIFF**

**v.**                              **CASE NO. 3:12CV00218 BSM**

**ROBERT BOSCH TOOL CORPORATION, et al.**                          **DEFENDANTS**

## ORDER

Plaintiff Kendall White's unopposed motion to dismiss [Doc. No. 42] is granted and this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of June 2014.

_____
UNITED STATES DISTRICT JUDGE