IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KENDALL WHITE**                                                                                              **PLAINTIFF**

**v.**                                **CASE NO. 3:12CV00218 BSM**

**ROBERT BOSCH TOOL CORPORATION, et al.**                          **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered on this day, this case is dismissed with prejudice.

DATED this 23rd day of June 2014.

_____
UNITED STATES DISTRICT JUDGE